# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Toronto Research Chemicals Inc | 12/12/2022 | 266479 | Check | $ 1,158.13 |
| Akorn Operating Company, LLC | Toronto Research Chemicals Inc | 12/23/2022 | 266611 | Check | $ 935.26 |
| Akorn Operating Company, LLC | Toronto Research Chemicals Inc | 1/6/2023 | 266832 | Check | $ 2,426.69 |
| Akorn Operating Company, LLC | Toronto Research Chemicals Inc | 1/20/2023 | 266887 | Check | $ 2,655.19 |
| Akorn Operating Company, LLC | Toronto Research Chemicals Inc | 1/20/2023 | 266954 | Check | $ 983.06 |
| Akorn Operating Company, LLC | Toronto Research Chemicals Inc | 1/31/2023 | 267082 | Check | $ 1,306.94 |
| Akorn Operating Company, LLC | Toronto Research Chemicals Inc | 2/15/2023 | 267212 | Check | $ 1,615.26 |
| Akorn Operating Company, LLC | Toronto Research Chemicals Inc | 2/17/2023 | 267315 | Check | $ 630.03 |
| | | | | | $ 11,710.56 |